| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik SBN 182562<br>Resnik Hayes Moradi LLP<br>510 W. 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>Tel: (213)570-0800<br>Fax: (213)572-0860<br>email: matt@rhmfirm.com | |
| *Attorney for:* Julio C Molica and Nancy A Cueva | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Julio C Molica and Nancy A Cueva<br><br>Debtor(s). | CASE NO.: 1:19-bk-10542-MT<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 13 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Julio C Molica and Nancy A Cueva

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

    Matthew D. Resnik SBN 182562
    Resnik Hayes Moradi LLP
    510 W. 6th Street, Suite 1220
    Los Angeles, CA 90014   Tel: (213)570-0800

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Pro Se

Date: 3/21/2019

_____  
Signature of party  
Julio C Molica  
Printed name of party

_____  
Signature of second party (if applicable)  
_____  
Printed name of second party (if applicable)

_____  
Signature of third party (if applicable)  
Nancy A Cueva  
Printed name of third party (if applicable)

_____  
Signature of fourth party (if applicable)  
_____  
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: _____

Pro Se  
Signature of present attorney

Pro Se  
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 3-21-19

_____  
Signature of new attorney  
Matthew D. Resnik  
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/21/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:☐ Service information continued on attached page.

- **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **3/21/2019** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.☐ Service information continued on attached page

**The Honorable Maureen A. Tighe**
**21041 Burbank Boulevard, Suite 324**
**Woodland Hills, CA 91367**

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3/21/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **3/21/2019** | **Priscilla Bueno** | **/s/ Priscilla Bueno** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |