**ORIGINAL**

JULIO C. MOLICA
NANCY A. CUEVA
20555 Devonshire St. #215
Chatsworth, CA 91311
Phone (747) 250-9451
amparo91311@yahoo.com

UNITD STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. MOLICA,<br>NANCY A. CUEVA,<br><br><br><br><br><br><br><br><br><br>Debtors. | ) Case No. 19-bk-10542 MT<br>)<br>) EX-PARTE MOTION TO OPPOSE AND REFRAIN<br>) CHAPTER 7 TRUSTEE NANCY ZAMORA, TRUSTEE<br>) OF REAL ESTATE SHORT SALES, INC., CASE NO.<br>) 16-11387-MG, TO REMOVE AND SALE DEBTOR'S<br>) JULIO C. MOLICA AND NANCY A. CUEVA' S<br>) PERSONAL PROPERTY, SCHEDULED FOR 4/24/19,<br>) REMOVAL AND 4/29/19 SALE DATE. THE<br>) DECLARATION OF DEBTOR NANCY A. CUEVA IN<br>) SUPPORT THEREOF. |

TO THE HONORABLE MAUREEN TIGH, ELIZABETH ROJAS CHAPTER 13 TRUSTEE AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that debtors Julio C. Molica, "Molica" and Nancy A. Cueva "Cueva" are opposing for Chapter 7 trustee Nancy Zamora's to dispose and sale debtor's personal property schedule to be removed out of Excalibur Storage April 24, 2019, and to be sold April 29, 2019 at Sylmar California. Debtor Nancy A. Cueva's declaration and exhibits are attached in support to this ex-parte.

Debtor Cueva called Judge's Tigh chambers and was told by the representative that no hearing was scheduled.

Debtors are represented by the law office of Mathew Raznic a Notice of Sale of Abandoned Personal Property was sent to debtors on April 18, 2019 (Exhibit "1").

Debtor Cueva forwarded the Notice to the law office of attorney Reznic and express her concern over this Notice, to this date no reply was received back. Debtors assumed that maybe the office is extremely busy therefore

PLEADING TITLE - 1

1  Debtors have decided to file this motion in a way of declaration since their personal property is to be removed
2  tomorrow 4/24/2019.

### CASE BACKGROUND

Debtors have their residency wrongfully sold by trustee Zamora on January 31, 2019. Debtors were ordered by the court to move out on a certain date, so trustee Zamora will complete the sale. Cueva became very ill and had surgery, which made impossible to move out on the date designated by the Court.

Trustee Zamora continued with her actions and request the Court to fine debtor Cueva in contempt, the Court has not yet ruled on this issue and continued the contempt hearing from 4/16/19 to 7/16/19.

Debtors have appealed upon 4 trustee Zamora rulings including the sale their property, the appeals are pending, therefore Judge Mund continue the contempt hearing.

Debtors were served by the US Marshalls with a moving date of January 6, 2019. Debtors moved out before that date. Trustee Zamora contracted Excalibur Moving & Storage to move out their personal furniture and left no address or phone number where to contact so they could retrieve their personal property.

It was not until February 7, 2019, that attorney for trustee Zamora Jessica Bagdanov finally provide Real Estate Short Sales Inc. attorney Daniel MacCarthy the location and phone number for debtors to pick up their personal property. (Exhibit "2").

On February 28, 2019, Debtor Cueva went personally to Excalibur and communicated a representative that they will pick up their furniture as soon as they will have a storage place to move it to.

On or about March 1, 2019, debtors find Public Storage Company and made reservations to move out their furniture in on March 4, 2019. (Exhibit "3"), (Exhibit "4'), (Exhibit "5").

When debtor Cueva went to Excalibur to arrange the moving of their property, a representative said that trustee Zamora refused to sign the consent for debtors to pick up their personal property.

### FALSE CLAIM FOR ABANDONED OF PROPERTY

Debtors never abandoned their right to get their personal property, debtors are still homeless residing at a hotel and waiting to rent a home and move their furniture and all living accessories. Debtors do not owe anything to trustee, she decided to removed Debtors personal property on her own and then refuse for debtors to retrieve it.

PLEADING TITLE - 2

## TRUSTEE STILL REFUSING FOR DEBTORS TO GET THEIR PROPERTY

On Friday April 19, 2019, debtor Cueva went personally to Excalibur and spoke with representative Ruben to move out their furniture. Ruben said he had to talk to the manager, he spoke with manager Tom More and said that trustee Nancy Zamora refused to give her consent for debtors to move out their property and that tomorrow 4/24/2019, their property will be removed for sale 4/29/2019.

## CONCLUSION

The debtors respectfully request the Court to stay the sale of their personally property which includes medical equipment for debtor Julio C. Molica, and working equipment (tools of the trade) of their Julio Francesco Molica.

If their personal property will be sold debtors will have no furniture to equipped their home.

4/23/2019

By: *[signature]*

Nancy A. Cueva

PLEADING TITLE - 3

# DECLARATION

I, NANCY A. CUEVA, state as follows:

1. I am a debtor in the within bankruptcy chapter 13 Case 19-10542-MT.
2. I am over the age of 18, and provide this declaration to the best of my knowledge and recollection and if called to testify I could and would competently do so.
3. On April 18. 2019, I received from trustee Nancy Zamora a notice to sale abandoned property scheduled to be on 4/29/2019.
4. On Friday April 19, 2019, I personally went to Excalibur and request to have our personal property moved out to another storage.
5. A representative name Ruben told me that he spoke with his manager Tom More and was told that the trustee Nancy Zamora refused to have them release our personal property back to us.
6. Trustee Zamora is claiming that we have "abandoned" our property. The attached exhibits will sustain that we have attempted to get our personal property since February 2019.
7. I personally believe that trustee Zamora in addition to doing her job is attempting to prejudice and harm us by abusing her power and dislike our appeals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

*[signature]*

Nancy A. Cueva

PLEADING TITLE - 4



**Real Estate Short Sales, Inc.; Nancy Cueva; Julio Molica (3)**

zamora3@aol.com                                                            Apr 18 at 12:48 PM
To matt@rhmfirm.com
CC jbagdanov@bg.law, dseror@bg.law, realestateshortsalesinc@gmail.com, amparo91311@yahoo.com

Matt:

Here is the information about the personal property sale:

**Notice of Sale of Abandoned Personal Property**
Notice is hereby given that under and pursuant to section 1988 of the California Civil Code, the property listed below is believed to be abandoned by **Nancy Cueva, Julio Molica** and all other owners, occupants, tenants and/or subtenants, previously located at 10351 Oklahoma Ave, City of Chatsworth, County of Los Angeles, State of California. All furnishings, furniture, appliances, books, clothing, costume jewelry, electronics, artwork patio furniture, and empty safe as well as any other remaining miscellaneous personal and/or business property will be sold at public auction on **Monday, April 29, 2018 at 11:00am** by Orrill's Auction Services at **12457 Gladstone Ave, Suites J&K, Sylmar, CA 91342**. Terms are cash only, 15% buyer's premium, removal at time of sale. For information contact Orrill's Auction Services at (818) 209-2088. California Bond #MS395-32-59.

Nancy Cueva  Pardis: The Property belongs to Julio and I, it...   Apr 18 at 2:03 PM

Pardis Akhavan <pardis@rhmfirm.com>                                Apr 18 at 3:51 PM
To Nancy Cueva

I understand your issue here. Let me do some research and get back to you.

Very truly yours,

- Pardis Akhavan, Esq. | *Associate Attorney*

**RESNIK HAYES MORADI LLP**
17609 Ventura Boulevard, Suite 314
Encino, CA 91316
**Direct Line:** (818) 285-0101
**Main Line:** (818) 285-0100
**Facsimile:** (818) 855-7013

**RESNIK HAYES MORADI LLP**
510 West Sixth Street, Suite 1220
Los Angeles, CA 90014
**Telephone:** (213) 572-0800
**Facsimile:** (213) 572-0860

www.RHMFirm.com
www.CentralDistrictInsider.com

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information contained herein is intended only for use by the individual or entity named above. Unauthorized interception, review, use or disclosure is prohibited. If you are not the intended recipient, please destroy this email and subsequently advise by email that you erroneously received this, and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege or work-product doctrine.

EXHIBIT "1"







PROFF OF SERVICE

I, Francisco Bacino, declare as follows:

I am over the age of 18, and not a party to this within action.

My address is 6363 Van Nuys Blvd, #101, Van Nuys, CA 91401.

On April 23, 2019, I deposited in the US Mail in prepaid envelopes a document entitled:

EX-PARTE MOTION TO OPPOSE AND REFRAIN CHAPTER 7 TRUSTEE NANCY ZAMORA, TRUSTEE OF REAL ESTATE SHORT SALES INC. CASE NO. 16-11387-GM TO REMOVE AND SALE DEBTOR'S JULIO C. MOLICA AND NANCY A. CUEVA'S PERSONAL PROPERTY, SCHEDULED FOR 4/24/19 REMOVAL AND 4/29/19 SALE DATE, THE DECLARATION OF DEBTOR NANCY CUEVA IN SUPPORT THEREOF.

To the attached list.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/23/2019

Francisco Bacino

PLEADING TITLE - 5

JULIO C. MOLICA
10351 Oklahoma Ave.
Chatsworth, CA 91311

NANCY A. CUEVA
10351 Oklahoma Ave.
Chatsworth, CA 91311

SPS
P.O. Box 65250
Salt Lake City, Utah 84165-0250

United States Trustee
915 Wilshire Blvd.
Los Angeles, CA 90012

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60196

Wheels Financial Group
LLC dba LOAN MART
15400 Sherman Way Suite 170
Van Nuys, CA 91406

DEPARTMENT OF WATER & POWER
P.O. Box 30808
Los Angeles, CA 90030-0808

SANTANDER CONSUMER USA
P.O. BOX 660633
Dallas, TX 75266-0633

NANCY HOFFMEIR ZAMORA
633 West 5th Street, Suite 2600
Los Angeles, CA 90071

ELIZABETH ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403