

**FILED & ENTERED**

**APR 25 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Fisher    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Julio C Molica<br>Nancy A Cueva<br><br>Debtor(s). | Case No.: 1:19-bk-10542-MT<br><br>CHAPTER 13<br><br>**ORDER DENYING *EX PARTE* MOTION TO OPPOSE AND REFRAIN CH. 7 TRUSTEE NANCY ZAMORA TO REMOVE AND SALE [sic] DEBTOR'S JULIO C. MOLICA AND NANCY A. CUEVA'S PERSONAL PROPERTY**<br><br>[No hearing held] |

On April 23, 2019, Debtors Julio Molica and Nancy Cueva ("Debtors") filed an *Ex Parte* Motion to Oppose and Refrain Chapter 7 Trustee Nancy Zamora to Remove and Sale [sic] Debtor's Julio C. Molica And Nancy A. Cueva's Personal Property (the "Motion"). On April 24, 2019, Chapter 7 Trustee Nancy Zamora ("Trustee") filed a Declaration in Response to the Motion. Having considered the Motion and Trustee's Response and finding no good cause,

//

//

-1-

-2-

**IT IS HEREBY ORDERED** that the Motion is DENIED.

###

Date: April 25, 2019

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER DENYING EX PARTE MOTION TO OPPOSE AND REFRAIN CH. 7 TRUSTEE NANCY ZAMORA TO REMOVE AND SALE DEBTOR'S JULIO C. MOLICA AND NANCY A. CUEVA'S PERSONAL PROPERTY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of April 25, 2019, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

**Jessica L Bagdan**ov    jbagdanov@bg.law, ecf@bg.law
**Austin P Nagel**    melissa@apnagellaw.com
**Matthew D. Resnik**    matt@rhmfirm.com, ResnikMR81240@notify.bestcase.com; roksana@rhmfirm.com; rosario@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com
**Elizabeth (SV) F Rojas (TR)**    cacb_ecf_sv@ch13wla.com
**Valerie Smith**    claims@recoverycorp.com
**Nancy J Zamora**    zamora3@aol.com, nzamora@ecf.axosfs.com
**United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
**Julio Molica and Nancy Cueva**    amparo91311@yahoo.com

☐ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page